**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:   JON DAVID JEFFREY                                                                 Case No: 10-52758
         REBECCA ANNE JEFFREY
         46 FRANKLIN ST                                                                    Chapter 13
         PO BOX 141
         AMESVILLE, OH  45711                                                              Judge: CHARLES M. CALDWELL

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on July 07, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:  JON DAVID JEFFREY  
       REBECCA ANNE JEFFREY  
       46 FRANKLIN ST  
       PO BOX 141  
       AMESVILLE, OH  45711

Case No: 10-52758

Chapter 13

Judge: CHARLES M. CALDWELL

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY**

The Case was commenced on March 12, 2010.
The plan was confirmed on May 26, 2010.
The Case was concluded on July 07, 2015.

    A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

    RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:   29,370.65

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 1.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| AARONS SALO LOCKBOX<br>00035     Lease | 939.20 | 939.20 | 0.00 | 0.00 |
| ACC/American Credit Collection<br>00009     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| AFNI<br>00010     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Allied Interstate<br>00011     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC<br>00040     Unsecured | 2.35 | 2.35 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO<br>00006     Priority | 3,601.38 | 3,601.38 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO<br>00007     Unsecured | 55.49 | 55.49 | 0.00 | 0.00 |
| BCCI<br>00012     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| BCCI<br>00013     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---:|---:|---:|---:|
| CAPITAL ONE AUTO FINANCE<br>00001   Secured-506 | 15,000.00 | 15,000.00 | 1,592.31 | 0.00 |
| CAPITAL ONE AUTO FINANCE<br>10001   Unsecured | 79.95 | 79.95 | 0.00 | 0.00 |
| CAPITAL ONE BANK<br>00041   Unsecured | 7.12 | 7.12 | 0.00 | 0.00 |
| CASHLAND<br>00042   Unsecured | 10.72 | 10.72 | 0.00 | 0.00 |
| CENTRAL OHIO NEUROLOGICAL SURGEONS, INC.<br>00014   Unsecured | 70.10 | 70.10 | 0.00 | 0.00 |
| CheckSmart<br>00015   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| COLUMBUS RADIOLOGY CORP<br>00016   Unsecured | 8.78 | 8.78 | 0.00 | 0.00 |
| CREDIT ADJUSTMENTS<br>00017   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT ADJUSTMENTS INC<br>00044   Unsecured | 1.04 | 1.04 | 0.00 | 0.00 |
| Debt Recovery Solutions<br>00018   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| DRS/Bonded Collections<br>00019   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION<br>00036   Unsecured | 13.11 | 13.11 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION<br>00037   Unsecured | 23.22 | 23.22 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION<br>00038   Unsecured | 15.14 | 15.14 | 0.00 | 0.00 |
| Embarq-Century Link<br>00020   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Federal Pacific Credit Company<br>00021   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Harvard Collection Services<br>00023   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00005   Unsecured | 3.49 | 3.49 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00004   Priority | 3,185.67 | 3,185.67 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>00008   Unsecured | 8.90 | 8.90 | 0.00 | 0.00 |
| JON DAVID JEFFREY<br>00000   Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| KNOX COMMUNITY HOSPITAL<br>00024   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Marshall D Cohen<br>00045   Additional Attorney Fees | 297.20 | 297.20 | 0.00 | 0.00 |
| Medclear Inc<br>00025   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| MERRICK BANK<br>00026   Unsecured | 9.34 | 9.34 | 0.00 | 0.00 |
| Midwest Physicians Anesthesia<br>00027   Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/<br>CLAIM NUMBER | | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|---|
| Ohio Dept of Job and Family Services<br>00002 | Priority | Not filed | 0.00 | 0.00 | 0.00 |
| PCB<br>00028 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER<br>00022 | Unsecured | 7.80 | 7.80 | 0.00 | 0.00 |
| REBECCA ANNE JEFFREY<br>00000 | Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP<br>00029 | Deficiency Balance | 125.98 | 125.98 | 0.00 | 0.00 |
| Ruth Jeffrey<br>00039 | Notice Only | Not filed | 0.00 | 0.00 | 0.00 |
| Ruth Jeffrey<br>00003 | Domestic Support | Paid outside | 0.00 | 0.00 | 0.00 |
| Sprint<br>00030 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| TEK Collect Inc.<br>00031 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| The Energy Cooperative<br>00032 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| UCB Collections<br>00033 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Washington Mutual<br>00034 | Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 16,236.40 | 6,787.05 | 44,252.00 | 0.00 | 0.00 | 67,275.45 |
| PRIN PAID | 16,236.40 | 6,787.05 | 442.53 | 0.00 | 0.00 | 23,465.98 |
| INT PAID | 1,592.31 | 0.00 | 0.00 | 0.00 | | 1,592.31 |
| | | | | | TOTAL PAID: | 25,058.29 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| Marshall D Cohen | 2,974.00 | 2,974.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 1,307.63 | 0.00 | 30.73 | 1,338.36 |

Dated: 07/16/2015

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE: JON DAVID JEFFREY                                           Case No: 10-52758
REBECCA ANNE JEFFREY
46 FRANKLIN ST                                                             Chapter 13
PO BOX 141
AMESVILLE, OH  45711                                              Judge: CHARLES M. CALDWELL

---

**CERTIFICATION AND OPPORTUNITY TO OBJECT**

---

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JON DAVID JEFFREY  Case No: 10-52758
REBECCA ANNE JEFFREY
46 FRANKLIN ST  Chapter 13
PO BOX 141
AMESVILLE, OH 45711  Judge: CHARLES M. CALDWELL

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 16, 2015, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
Marshall D Cohen

and on the following by **ordinary U.S. Mail** addressed to:

JON DAVID JEFFREY
REBECCA ANNE JEFFREY
46 FRANKLIN ST
PO BOX 141
AMESVILLE, OH 45711

**See Creditor Matrix**
**All Creditors and Parties in Interest**

Capital One Auto Finance
P.O. BOX 201347
ARLINGTON, TX  760060000

Ohio Department of Taxation
,  000000000

Recovery Management Systems
Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  331310000

ACC/American Credit Collection
P.O. Box 264
Taylor, PA  185170264

AFNI
P.O. Box 3427
Bloomington, IL  617020000

Aaron's Rent-to-Own
1015 Cobb Place Blvd. NW
Kennesaw, GA  301443672

Aaron's, Inc.
2800 Canton Road, Suite 900
Marietta, GA  300660000

Aarow Financial Services
5996 W. Touhy Ave.
Niles, IL  607144610

Allied Interstate
3000 Corporate Exchange Dr., 5th Floor
Columbus, OH  432310000

Asset Acceptance LLC
P.O. Box 2036
Warren, MI  480900000

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

Attorney Rhett A. Plank
7546 Slate Ridge Blvd.
Reynoldsburg, OH  430683156

BCCI
7001 Post Rd. Suite 200
Dublin, OH  430168334

CASHLAND/CASH AMERICA
17 TRIANGLE PARK DRIVE
CINCINNATI, OH  452460000

Capital One Auto Finance
3905 Dallas Pkwy.
Dallas, TX  750930000

Capital One Auto Finance, c/o Ascension
Capi
P.O. Box 201347
Arlington, TX  760060000

Capital One Bank (USA), N.A.
by American Infosource Lp As Agent
PO Box 71083
Charlotte, NC  282721083

Cashland
4499 Refugee Rd.
Columbus, OH  432320000

Central Ohio Neurological Surgeons
5965 East Broad Street, Suite 420
Columbus, OH  432130000

Central Ohio Neurological Surgeons Inc
7546 Slate Ridge Blvd
Reynoldsburg, OH  430680000

CheckSmart
8290 Sancus Blvd.
Westerville, OH  430810000

Columbus Radiology Corp.
P.O. Box 7169
Columbus, OH  432050000

Credit Adjustments
334 Florence Street
Defiance, OH  435122512

DRS/Bonded Collections
7745 Kemper Rd.
Cincinnati, OH  452490000

Debt Recovery Solutions
900 Merchants Conc.
Suite 106
Westbury, NY  115900000

Embarq-Century Link
P.O. Box 4300
Carol Stream, IL  601974300

Federal Pacific Credit Company
1291 Pioneer Rd.
Salt Lake City, UT  841043718

First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD  571070145

Harvard Collection Services
4839 N. Elston Ave.
Chicago, IL  606302534

Household Bank
12447 S.W. 69th Ave.
Attn: Dispute Processing
Tigard, OR  972238517

IRS
P.O. Box 970024
Saitn Louis, MO  631970024

IRS
P.O. Box 970024
St. Louis, MO  631970024

Internal Revenue Service
PO Box 21126
Philadelphia, PA  191140000

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD, MN  563029617

Knox Community Hospital
P.O. Box 1288
Mt. Vernon, OH  430500000

Medclear Inc
507 Prudential Rd.
Horsham, PA  190442308

Merrick Bank
P.O. Box 1500
Draper, UT  840200000

Merrick Bank
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC  296030368

Midwest Physicians Anesthesia
5151 Reed Rd., Suite 105 B
Columbus, OH  432200000

Ohio Attorney General
Collections Enforcement-Bankruptcy Unit
150 E. Gay Street, 21st Floor
Columbus, OH  432150000

Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH  432060530

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Ohio Dept of Job and Family Services
Revenue Recovery-Litigation
P.O. Box 182404
Columbus, OH 432182404

Ohio Dept. of Job and Family Services
Office of Legal Services
30 E. Broad St., 31st Fl.
Columbus, OH 432182404

PCB
3592 Corporate Drive
Columbus, OH 432314978

Premier BankCard/Charter
P.O. Box 2208
Vacaville, CA 956960000

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 331311605

Regional Acceptance
PO Box 1847
Wilson, NC 278941847

Regional Acceptance-Recovery
1200 E. Firetower Rd.
Greenville, NC 278586179

Ruth Jeffrey
200 Norwood Ave. D27
Logan, OH 431380000

Sprint
P.O. Box 660075
Dallas, TX 752660075

TEK Collect Inc.
1111 Schrock Rd.
P.O. Box 26390
Columbus, OH 432260390

The Energy Cooperative
1500 Granville Rd.
P.O. Box 4970
Newark, OH 430580000

UCB Collections
5620 Southwyck Blvd
Toledo, OH 436141539

Washington Mutual
P.O. Box 100576
Florence, SC 295020576

eCAST Settlement Corporation
SUCCESSOR to
Providian National Bank
POB 35480
Newark, NJ 071935480

eCAST Settlement Corporation
SUCCESSOR to Fi
Consumer National Bank
POB 35480
Newark, NJ 071935480

eCAST Settlement Corporation assignee of
Cro
Country Bank
POB 35480
Newark, NJ 071935480

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 430850000

Jon David Jeffrey
46 Franklin St
PO Box 141
Amesville, OH 457110000

Marshall D Cohen
Marshall D. Cohen Co., LLC
1500 West Third Ave
Suite 400
Columbus, OH 432120000

Rebecca Anne Jeffrey
46 Franklin St
PO Box 141
Amesville, OH 457110000

Ryan Lee DeYoung
Marshall D. Cohen, LLC
1500 W. 3rd Ave., Ste. 400
Columbus, OH 432120000